UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>        Plaintiff,<br><br>v.<br><br>M. VOONG, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00129 EPG (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

In his complaint, Plaintiff alleges violations of his civil rights by Defendants. At least some of the alleged violations took place in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. It appears that none of the alleged violations occurred in the counties served by the Fresno Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.[1]

---

[1] It appears that the vast majority of the defendants in this case work at R.J. Donovan Correctional Facility in San Diego. (ECF No. 1, pgs. 7 & 12). Accordingly, the Court notes that this transfer is without prejudice to a

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **January 30, 2018**            /s/ Eric P. Groj
                                       UNITED STATES MAGISTRATE JUDGE

---

transfer of venue under 28 U.S.C. § 1404.